UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| **JANNETTE BUTCHER and RICKEY BUTCHER,** | |
| Plaintiffs, | Civil Action No. 10-102-WOB |
| v. | |
| **JANIE MCKENZIE WELLS, Judge; JOHNSON CO. KENTUCKY; CABINET FOR HEALTH AND FAMILIES; DEBRA WILCOX; LINDA THORNSBERRY; and GORDON LONG,** | JUDGMENT |
| Defendants. | |

\*\*\*\*  \*\*\*\*  \*\*\*\*  \*\*\*\*

Consistent with the Memorandum Opinion and Order entered concurrently herewith, pursuant to Rule 58 of the Federal Rules of Civil Procedure,

**IT IS ORDERED AND ADJUDGED** that:

1. The civil rights claims asserted pursuant to 42 U.S.C. § 1983 by Plaintiffs Jannette Butcher and Rickey Butcher against Defendants Judge Janie Wells; Johnson County, Kentucky; the Cabinet for Health and Family Services; Debra Wilcox; Linda Thornsberry; and Gordon Long [R. 2, 6] are **DISMISSED WITH PREJUDICE**;

2. The Court declines to exercise supplemental jurisdiction over any claims asserted under state law, and such claims are **DISMISSED WITHOUT PREJUDICE**; and

3.      Judgment is **ENTERED** in favor of the Defendants.

This 9th day of May, 2011.



Signed By:
William O. Bertelsman   WOB
United States District Judge